# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 97-60150

T. L. CASHAW, ET AL.,

Plaintiffs-Appellants,

versus

TRACY VANCE and JOHN PAGE,

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Mississippi

(2:92-CV-46)

April 10, 1998

Before POLITZ, Chief Judge, REYNALDO G. GARZA and DENNIS, Circuit Judges.

PER CURIAM:[*]

Plaintiffs appeal an adverse partial summary judgment and judgment on an adverse jury verdict in their action against the City of Charleston, its Police Chief, and police officers Tracy Vance and John Page. Having considered the briefs and oral arguments of counsel and pertinent parts of the record, and finding no reversible error, the judgments appealed are AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.